Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755



FILED
JUN 15 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:     CLERK, U.S. BANKRUPTCY COURT

Re:     UNDISTRIBUTED FUNDS

Debtors:     RODERICK A TAPIA & REBECCA A TAPIA
15314 GAULT STREET, #212
VAN NUYS, CA 91406

Case No.:     SV05-13243-MT

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| RODERICK A. TAPIA<br>15314 GAULT STREET #212<br>VAN NUYS, CA 91406 | $ 1,274.88 |
| REBECCA A. TAPIA | $ 0.00 |

Dated: June 13, 2011

Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

CLK US BANKRUPTCY CT

Check No.: 0831747
Check Date: 06/08/2011
Check Amt: 1,274.88

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0513243 | Claim #: 00000 | RODERICK A TAPIA REBECCA A TAPIA | | 0.00 | 0.00 | 1,274.88 | 1,274.88 |
| | | | TOTALS | 0.00 | 0.00 | 1,274.88 | 1,274.88 |

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: Jun 08, 2011
CHECK NO.: 0831747

CHECK AMOUNT
$******1,274.88
VOID AFTER 60 DAYS

TAPIA, RODERICK A

Case No: 0513243

PAY ONLY  **1,274.88**
ONE COMMA TWO SEVEN FOUR PERIOD EIGHT EIGHT

PAY TO THE ORDER OF    CLK US BANKRUPTCY CT

VOID OVER $1,274.88

*Elizabeth F Rojas*

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈0831747⑈ ⑆122044300⑆ 001⑈111690⑈